**MARCIA HURD**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 1478**
**Billings, MT 59103**
**2929 Third Ave. North, Suite 400**
**Billings, MT 59101**
**Phone: (406) 657-6101**
**FAX: (406) 657-6989**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

FILED
BILLINGS DIV.

2007 NOV 15 AM 8 29

PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| UNITED STATES OF AMERICA, | CR 07- 24 -H- CCL |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | **COERCION & ENTICEMENT**<br>Title 18 U.S.C. § 2422(b) (Count I)<br>(Penalty: Mandatory minimum ten years to lifetime imprisonment, $250,000 fine, and lifetime supervised release) |
| DANIEL DIETZ, | |
| Defendant. | **TRANSFER OF OBSCENE MATERIAL TO A MINOR**<br>Title 18 U.S.C. § 1470 (Count II)<br>(Penalty: Ten years imprisonment, $250,000 fine, and lifetime supervised release) |
| | **FORFEITURE**<br>Title 18 U.S.C. § 2253 |

THE GRAND JURY CHARGES:

## COUNT I

That between March 2007, and continuing thereafter until on or about July 31, 2007, at Helena, in the State and District of Montana and elsewhere, the defendant, DANIEL DIETZ, (d/o/b –/–/70) used a facility or means of interstate or foreign commerce to knowingly persuade, induce, entice or coerce any individual (name withheld to protect victim's privacy, d/o/b –/–/93) who had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, namely Sexual Intercourse Without Consent, M.C.A. § 45-5-503, in violation of 18 U.S.C. § 2422(b).

## COUNT II

That during March 2007, at Helena, in the State and District of Montana and elsewhere, the defendant, DANIEL DIETZ, using any facility or means of interstate or foreign commerce, knowingly transferred obscene matter to another individual (name withheld to protect victim's privacy, d/o/b –/–/93) who had not attained the age of 16 years, knowing that the victim had not attained the age of 16 years, in violation of 18 U.S.C. § 1470.

## FORFEITURE ALLEGATION

As a result of the commission of the crime described in Count I above, and upon his conviction, the defendant, DANIEL DIETZ, shall forfeit to the United States, all right, title, and interest in the following described property that represents property used to commit that offense:

Toshiba Satellite notebook computer A135-S2266, serial number Z6250140K
IBM ThinkPad 380E notebook computer, serial number 78-X973297/09

as provided for in 18 U.S.C. § 2253.

A TRUE BILL.

FOREPERSON [signature]

[signature]
WILLIAM W. MERCER
United States Attorney
Attorney for Plaintiff

[signature]
CARL E. ROSTAD
Criminal Chief Assistant U.S. Attorney
Attorney for Plaintiff

Crim. Summons _____
Warrant __X__ (STATE CUSTODY)
Bail __NONE__