MICHAEL DONAHOE
Senior Litigator
Federal Defenders of Montana
Helena Branch Office
P.O. Box 250
Helena, Montana 59601-0250
Phone: (406) 449-8381
Fax: (406) 449-5651

Attorneys for Defendant

FILED

MAR 13 2008

PATRICK E. DUFFY, CLERK
By_____
DEPUTY CLERK, MISSOULA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 07-24-H-CCL |
|---|---|
| Plaintiff, | DEFENDANT DANIEL DIETZ'S NOTICE OF INTENT TO PLEAD GUILTY WITHOUT A PLEA AGREEMENT |
| vs. | |
| DANIEL DIETZ, | |
| Defendant. | |

## NOTICE

COMES NOW the defendant Daniel Dietz, through his undersigned counsel, and gives notice that defendant intends to plead guilty to the indictment charging him in two counts with violation of 18 U.S.C. § 2422(b) and 18 U.S.C. § 1470, respectfully. Moreover, after considering the details of his case in consultation with counsel defendant has further concluded to plead guilty without a plea agreement.

Based on the foregoing notice of intention, defense counsel respectfully requests that the Court vacate the trial set to commence before this Honorable Court on Monday, March 31, 2008, at 9:30 a.m., and set down a convenient time for change of plea.

## ACKNOWLEDGMENT

I, Daniel Dietz, hereby acknowledge and advise that I have fully discussed my case with Michael Donahoe, my attorney. After that discussion with Mr. Donahoe I have decided to plead guilty to the charges in my indictment. I recognize that this means I will go to prison for a minimum of 10 years and that under the guidelines the prison time might be longer. I also advise and acknowledge that I know what supervised release is and that there is no parole in federal court anymore; meaning that I will have to serve the prison time imposed by the Court, less good behavior time of approimately 54 days per year.

I also acknowledge that by pleading guilty I will have no automatic right to withdraw my plea if I am disappointed with the sentence imposed by the Court and that by pleading guilty I have no right to contest my guilt on appeal; although I could still appeal the sentence to the Ninth Circuit if there are grounds suggesting my sentence is illegal.

Based on the foregoing I respectfully advise that I want to plead guilty without a plea agreement.

DATE: 3/11/08

Daniel Dietz

RESPECTFULLY SUBMITTED March 11, 2008.

3/11/08

MICHAEL DONAHOE
Senior Litigator
Counsel for Defendant

# CERTIFICATE OF SERVICE
# L.R. 5.2(b)

I hereby certify that on March 13, 2008, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| 1 | CM-ECF |
| ___ | Hand Delivery |
| 2 | Mail |
| ___ | Overnight Delivery Service |
| ___ | Fax |
| ___ | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. Marcia Hurd
   United States Attorney's Office
   P.O. Box 1478
   Billings, MT 59103
       Counsel for the United States of America

/s/ _____
FEDERAL DEFENDERS OF MONTANA