# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA
# TRANSCRIPT DESIGNATION AND ORDERING FORM (Revised July 28, 2008)

**1. U.S. Court of Appeals Case No.:**

**2. U.S. District Court Case No.:**

**3. Short Case Title:**

**4.** ☐ I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

| 5. NAME (Ordering Party) | 6. TELEPHONE | 7. DATE |
|---|---|---|
| 8. MAILING AND/OR E-MAIL ADDRESS(ES) | 9. CITY | 10. STATE | 11. ZIP CODE |

**12. ORDER FOR** ☐ PLAINTIFF NAME: _____ ☐ DEFENDANT NAME: _____
☐ APPEAL ☐ NON-APPEAL ☐ CIVIL ☐ CRIMINAL ☐ BANKRUPTCY

**13. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceedings(s) for which transcript is requested.)

| PORTION(S) | DATE(S) | COURT REPORTER | PORTION(S) | DATE(S) | COURT REPORTER |
|---|---|---|---|---|---|
| ☐ CHANGE OF PLEA | | | ☐ CLOSING ARGUMENT (Plaintiff) | | |
| ☐ PRE-TRIAL PROCEEDING (Specify) | | | ☐ CLOSING ARGUMENT (Defendant) | | |
| ☐ VOIR DIRE | | | ☐ SETTLEMENT INSTRUCTIONS | | |
| ☐ OPENING STATEMENT (Plaintiff) | | | ☐ INSTRUCTIONS TO JURY | | |
| ☐ OPENING STATEMENT (Defendant) | | | ☐ SENTENCING | | |
| ☐ TESTIMONY (Specify Witness) | | | ☐ OTHER (Specify) | | |

| 14. CATEGORY | ORIGINAL | FIRST COPY (to each party) | ADD'L COPIES (to same party) | FORMAT REQUESTED (Each format is billed as a separate transcript copy.) | | |
|---|---|---|---|---|---|---|
| | | | | PAPER | ELECTRONIC | SPECIFY |
| **ORDINARY:** To be delivered within 30 days after receipt of this order. | $3.65 per page | $.90 per page | $.60 per page | ☐ Full Size ☐ Condensed ☐ A-Z word index | ☐ Diskette ☐ CD ☐ E-mail | ☐ ASCII ☐ E-Transcript ☐ PDF ☐ Other |
| **14-day Transcript:** To be delivered within 14 days after receipt of this order. | $4.25 per page | $.90 per page | $.60 per page | ☐ Full Size ☐ Condensed ☐ A-Z word index | ☐ Diskette ☐ CD ☐ E-mail | ☐ ASCII ☐ E-Transcript ☐ PDF ☐ Other |
| **EXPEDITED:** To be delivered within 7 days after receipt of this order. | $4.85 per page | $.90 per page | $.60 per page | ☐ Full Size ☐ Condensed ☐ A-Z word index | ☐ Diskette ☐ CD ☐ E-mail | ☐ ASCII ☐ E-Transcript ☐ PDF ☐ Other |
| **DAILY:** Delivered following adjournment and prior to the normal opening hour of court on the following morning, whether or not it actually is a court day. | $6.05 per page | $1.20 per page | $.90 per page | ☐ Full Size ☐ Condensed ☐ A-Z word index | ☐ Diskette ☐ CD ☐ E-mail | ☐ ASCII ☐ E-Transcript ☐ PDF ☐ Other |
| **HOURLY:** to be delivered within 2 hours of proceeding. | $7.25 per page | $1.20 per page | $.90 per page | ☐ Full Size ☐ Condensed ☐ A-Z word index | ☐ Diskette ☐ CD ☐ E-mail | ☐ ASCII ☐ E-Transcript ☐ PDF ☐ Other |
| **REAL-TIME:** Unedited rough draft. Not to be used for citation. Provided during or immediately after proceeding. | $3.05 per page | $1.20 per page | | ☐ Full Size ☐ Condensed ☐ A-Z word index | ☐ Diskette ☐ CD ☐ E-mail | ☐ ASCII ☐ E-Transcript ☐ PDF ☐ Other |

**15. CERTIFICATE OF MAILING and DISTRIBUTION AND PAYMENT:**
E-file this form with the Clerk's Office and mail to the Court Reporter and to opposing counsel if they are not electronic filers.
If payment is authorized under CJA, do not e-file the CJA-24 form. Mail it to the Court Reporter.
Financial arrangements must be made with the court reporter before transcript is prepared.
I certify that this form has been mailed to the Court Reporter this date: _____  Attorney Signature:

**16. Date order received by court reporter:**  Expected transcript completion date:

# GENERAL INSTRUCTIONS

**Use:** Use this form to order a transcript of proceedings and to designate transcript for appeal to the Ninth Circuit. Complete a separate form for each case number for which transcript is ordered.

**Completion:** Complete Items 1-14.

**Order Copy:** Keep a copy for your records.

**Deposit Fee:** The court reporter will notify you of the amount of the required deposit fee which may be mailed to the reporter or delivered to the Court in accordance with court reporter's instructions. Upon receipt of the deposit, the court reporter will process the order.

**Deliver Time and Completion of Order:** Delivery time is computed from the date of receipt of the deposit fee. The court reporter will notify you when the transcript is completed.

**Balance Due:** If the deposit fee was insufficient to cover all charges, the court reporter will notify you of the balance due which must be paid prior to receiving the completed order. If the deposit results in an overpayment, the balance will be refunded at the time of transcript delivery.

# SPECIFIC INSTRUCTIONS

**Item 1-2** Only one case number may be listed per order.

**Item 3** Include short case name only.

**Item 4** Complete only if you do not intend to designate any portion of the transcript for appeal to the Ninth Circuit.

**Item 5-11** Complete as indicated.

**Item 12** Place an "X" in each box that applies. Please specify name of plaintiff or defendant ordering.

**Item 13** Place an "X" in the box for each portion required. List specific date(s) of the proceedings for which transcript is requested and the respective court reporter's name. Be sure that the description is clearly written to facilitate processing. Orders may be placed for as few pages of the transcript as are needed.

**Item 14** Place an "X" in each box that applies. Indicate the number of additional copies ordered. For real-time services, please contact the court reporter directly.

Only six (6) categories of transcripts may be ordered. File this order form electronically. If payment is authorized under CJA, mail the CJA-24 form to the court reporter(s), do not file the CJA-24.

**Item 15** **E-file the order form and mail a copy with the CJA-24 to the Court Reporter. DO NOT file the CJA-24.** Transcripts will not be prepared until financial arrangements have been made. Certify that a copy has been mailed to the Court Reporter.

**Item 16** To be completed by the court reporter.